FILED
Apr 30 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            s/Al            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>SETH WHEELER,<br><br>    Defendant. | Case No. '25 CR1494 WQH<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 2252(a)(2) – Distribution of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253– Criminal Forfeiture |

The grand jury charges:

### Count 1

On or about September 21, 2024, within the Southern District of California and elsewhere, defendant SETH WHEELER, did knowingly distribute a visual depiction, that is, a digital and computer image, using a means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and the visual depiction was of such conduct; all in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 2

On or about September 30, 2024, within the Southern District of California and elsewhere, defendant SETH WHEELER, did knowingly distribute a visual depiction, that is, a digital and computer image,

ALGR:cms:San Diego:4/29/25

using a means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and the visual depiction was of such conduct; all in violation of Title 18, United States Code, Section 2252(a)(2).

## Count 3

From a time unknown through on or about October 10, 2024, within the Southern District of California, defendant SETH WHEELER, did knowingly possess at least one matter which contained a visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct; all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATIONS

1. The allegation contained in Counts 1 through 3 of this Indictment are re-alleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of one and more of the offenses alleged in Counts 1 through 3, which allege violations of Title 18, United States Code, Section 2252, defendant SETH WHEELER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all

1  his interest in: any visual depiction which was produced, transported,
2  mailed, shipped, or received in violation of law; any property, real and
3  personal, constituting or traceable to gross profits or other proceeds
4  obtained from the offenses; and any property, real and personal, used
5  or intended to be used to commit or to promote the commission of such
6  offenses and any property traceable to such property.
7       3.   If any of the forfeitable property described above in
8  Paragraph 2, as a result of any act or omission of the defendant:
9         a.   cannot be located upon the exercise of due diligence;
10        b.   has been transferred or sold to, or deposited with, a
11             third party;
12        c.   has been placed beyond the jurisdiction of the Court;
13        d.   has been substantially diminished in value; or
14        e.   has been commingled with other property which cannot be
15             subdivided without difficulty;
16 it is the intent of the United States, pursuant to Title 21, United
17 States Code, Section 853(p), as incorporated by Title 18, United States
18 Code, Section 2253(b), to seek forfeiture of any other property of the
19 defendant up to the value of the forfeitable property described above
20 in Paragraph 2.
21 All pursuant to Title 18, United States Code, Section 2253.
22     DATED: April 30, 2025.
25 ADAM GORDON
26 United States Attorney
27 By: _____
28     AMANDA L. GRIFFITH
    Assistant U.S. Attorney

3